**UNITED STATES of America,.**
**Plaintiff–Appellee,**

v.

**Guy Jerome URSERY, Defendant–**
**Appellant.**

No. 94–1127.

United States Court of Appeals,
Sixth Circuit.

Aug. 15, 1996.

---

Before: JONES, CONTIE, and MILBURN, Circuit Judges.

## ORDER

The United States Supreme Court has ordered that the court's opinion in *United States v. Ursery,* 59 F.3d 568 (6th Cir.1995) be reversed and vacated. Accordingly, the opinion is hereby **VACATED.** The case will be set for rehearing on the other issues, other than the double jeopardy issue, raised in defendant's appeal.